are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

■

**Gregory E. O'NEAL and Brenda C. O'Neal, Plaintiffs/Appellants,**

**v.**

**Brian D. SWYERS, Timothy Roberts, Michael B. Flier, and Daniel James Vernon, Defendants/Respondents.**

**No. 66014.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 31, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 7, 1995.

Application to Transfer Denied
April 25, 1995.

Sharon A. Agee, Agee Law Firm, P.C., St. Louis, for appellants.

John A. Michener, Evans & Dixon, St. Louis, Mark G. Burns, Burns & Marshall, Clayton, for respondents.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

In this personal injury action, Gregory E. O'Neal and his wife, Brenda C. O'Neal, plaintiffs, appeal the grant of summary judgment in favor of Michael B. Flier and Daniel James Vernon, defendants. We affirm.

■

**William THOMAS, Plaintiff/Appellant,**

**v.**

**STATE of Missouri,
Defendant/Respondent.**

**No. 66328.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 31, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 7, 1995.

Application to Transfer Denied
April 25, 1995.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm.

Pursuant to a plea bargain, movant pled guilty to first degree robbery and second degree robbery. Although the State recommended concurrent twenty year sentences,